DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCHUYLER, JOHNNIE L

Case No. 05-07629-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $55.59, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SCHUYLER, JOHNNIE L | PO BOX 7741<br>KALISPEL, MT<br>59904 | $55.59 |

Dated: October 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875268      11-8-10      # 55.59